| | |
|---|---|
| **Fill in this information to identify the case:** | |
| **Debtor 1** | Stephanie S Brightful |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Maryland (State) |
| Case number | 17-11462 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association as trustee for Tiki Series V Trust

**Court claim no. (if known):** 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 3017

**Property Address:** 5122 Stoney Meadows Dr
Number          Street

District Heights, MD 20747
City                State       Zip Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: 9/1/21-5/1/22 9@1,164.61 | (a) $ | 10,481.49 |
| b. | Total fees, charges, expenses, escrow, and cost outstanding: | + (b) $ | 250.00 |
| c. | **Total**. Add lines a and b. | (c) $ | 10,731.49 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _09_/_01_/_2021___
MM/ DD  /YYYY

| Debtor 1 | Stephanie S Brightful | Case Number (if known) | 17-11462 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Diana Theologou                                Date 05/17/2022
  Signature

Print:   Diana Theologou,                 Bar No. MDBN 14284          Title   Bankruptcy Attorney
         First name   Middle Name   Last name

Company   MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3550 Engineering Drive, Suite 260
          Number        Street

          Peachtree Corners, GA 30092
          City         State       Zip Code

Contact phone   404-474-7149           Email:   dtheologou@mtglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Stephanie S Brightful
5122 Stoney Meadow Drive
District Heights, MD 20747


**Via CM/ECF electronic service:**
Edward V Hanlon
5510 Cherrywood Ln Ste. G
Greenbelt, MD 20770

Timothy P. Branigan
9891 Broken Land Parkway #301
Columbia, MD 21046

Dated: May 17, 2022

                                                              Respectfully submitted,

                                                              By: /s/ Diana Theologou
                                                              Diana Theologou, Esq.
                                                              MDBN 14284

                                                              MCMICHAEL TAYLOR GRAY, LLC
                                                              Attorney for Creditor
                                                              3550 Engineering Drive, Suite 260
                                                              Peachtree Corners, GA 30092
                                                              Telephone: 404-474-7149
                                                              Facsimile: 404-745-8121
                                                              E-mail: dtheologou@mtglaw.com
                                                              MTG File No.: 22-001576-01



| | | | PAYMENT CHANGES | | |
|---|---|---|---|---|---|
| | | DATE | P&I | Escrow | TOTAL | Reference |
| | PPFN filed 8/8/2019 IAO $250 | 03/01/17 | 539.60 | 374.90 | 914.50 | Payment listed in POC |
| | | 04/01/18 | 539.60 | 347.22 | 974.11 | NOPC filed with the court |
| | | 04/01/19 | 539.60 | 385.02 | 1,104.05 | NOPC filed with the court |
| | | 09/01/19 | 539.60 | 354.65 | 1,073.65 | NOPC filed with the court |
| | | 08/01/20 | 539.60 | 397.83 | 1,116.86 | NOPC filed with the court |
| | | 08/01/21 | 539.60 | 445.58 | 1,164.61 | NOPC filed with the court |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |
| | | | | 0.00 | | |

| | |
|---|---|
| Loan# | |
| Borrower: | Belt |
| Date Filed: | 2/2/2017 |
| BK Case # | 17-11462 |
| First Post Petition Due Date: | 3/1/2017 |
| POC covers: | 2/1/2017 |
| MOD EFFECTIVE DATE: | n/a |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | APO DATE PAID |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | |
| | | | | | | $0.00 | | | $0.00 | |
| DUE | | post | 9/1/21 | | $1,164.61 | -$1,164.61 | | | $0.00 | |
| DUE | | post | 10/1/21 | | $1,164.61 | -$1,164.61 | | | $0.00 | |
| DUE | | post | 11/1/21 | | $1,164.61 | -$1,164.61 | | | $0.00 | |
| DUE | | post | 12/1/21 | | $1,164.61 | -$1,164.61 | | | $0.00 | |
| DUE | | post | 1/1/22 | | $1,164.61 | -$1,164.61 | | | $0.00 | |
| DUE | | post | 2/1/22 | | $1,164.61 | -$1,164.61 | | | $0.00 | |
| DUE | | post | 3/1/22 | | $1,164.61 | -$1,164.61 | | | $0.00 | |
| DUE | | post | 4/1/22 | | $1,164.61 | -$1,164.61 | | | $0.00 | |
| DUE | | post | 5/1/22 | | $1,164.61 | -$1,164.61 | | | $0.00 | |